# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1879
L.T. Case No. 2008-CF-017771
_____

JESSICA DICKERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Jessica Dickerson, Ocala, pro se.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.

September 24, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____